28 A.3d 898

Corey SCOTT, Appellant

v.

COMMONWEALTH of Pennsylvania et al.: Gerald Rozum, Supt. Somerset Jail; Silvia Gibson, Dept. Supt., David Hunter, Unit Mgr., Daniel Gehlman and Thomas Fultz, Security, Raymond J. Sobina, Albion Warden, Cheryl Gill, Records Super., et al.; Equity et al., Appellees.

Supreme Court of Pennsylvania.

Sept. 28, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September, 2011, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.